| | |
|---|---|
| JACKSON FARMING COMPANY )<br>OF AUTRYVILLE, WILLIAM BRENT )<br>JACKSON, and WILLIAM RODNEY JACKSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FCCI SERVICES, INC., and NATIONAL )<br>TRUST INSURANCE COMPANY, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:17-CV-214-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 17].

This case is closed.

**This Judgment Filed and Entered on August 24, 2020, and Copies To:**
Luther Donald Starling, Jr.                    (via CM/ECF electronic notification)
L. Andrew Watson                                (via CM/ECF electronic notification)


DATE:                                          PETER A. MOORE, JR., CLERK
August 24, 2020                                (By) /s/ Lindsay Stouch
                                                Deputy Clerk